UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 6:17-CR-48-REW-HAI |
| v. | ) | |
| | ) | |
| ARTHUR GIPSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition (DE #72) of United States Magistrate Judge Hanly A. Ingram. The Recommended Disposition addresses whether Defendant Arthur Gipson is competent to stand trial pursuant to 18 U.S.C. §§ 4241 and 4247(d). Based on the competency evaluation by Dr. Paul Anthony Ebben (DE #70) and the parties' and their counsels' representations at the attendant hearing (DE #71), Judge Ingram perceived Defendant Gipson as competent to face further proceedings in this matter and recommended the Court find him competent to stand trial. DE #72. The recommendation, filed on July 3, 2018, advised the parties that any objections must be filed within five days. *Id.* at 4. Defendant responded without objection. DE #73. The time to file objections has passed, and the Government has not objected.

Generally, this Court must review *de novo* those portions of the Report and Recommendation to which the parties object. 28 U.S.C. § 636(b)(1). But, the Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985). Where the parties do not object to the magistrate judge's recommended disposition, they waive any right to review. *See* Fed. R. Civ. P 59; *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When

1

a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits his right to appeal its adoption). Nevertheless, the Court has examined the record and agrees with Judge Ingram's analysis and Recommended Disposition.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Recommended Disposition (DE #72) and **FINDS** Defendant Gipson competent to face further proceedings in this matter, including trial.

This the 10th day of July, 2018.

Signed By:
*Robert E. Wier* REW
United States District Judge